# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Cazadores Construction, LLC | )   ASBCA No. 61511 |
| | ) |
| Under Contract No. FA4661-14-C-0012 | ) |

APPEARANCES FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
                                                      Kristin E. Zachman, Esq.
                                                       Bailey & Bailey, P.C.
                                                       San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                                       Air Force Deputy Chief Trial Attorney
                                                       Caryl A. Potter, Esq.
                                                       Isabelle P. Cutting, Esq.
                                                       Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 April 2018

JOHN J. THRASER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61511, Appeal of Cazadores Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals